UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN BALL,

      Plaintiff,

v.                                      Case No. 6:17-cv-2106-Orl-37GJK

ALAMO RENT A CAR, LLC;
ENTERPRISE HOLDINGS, INC.; and
ENTERPRISE LEASING COMPANY OF
ORLANDO, LLC,

      Defendants.

_____

## ORDER OF DISMISSAL

The parties have filed a Joint Motion for Dismissal with Prejudice. (Doc. 41). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Accordingly, the Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 5, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record

-2-